RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Nathaniel Tolliver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-235-APG-GWF |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING** |
| v. | (First Request) |
| NATHANIEL TOLLIVER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Nathaniel Tolliver, that the Sentencing hearing currently scheduled for March 22, 2018 at 9:00 am, be vacated and advanced to the first available date and time convenient to this Court.

1. The Presentence Investigation Report has been disclosed and there are no objections from either party. Both parties will be making a joint recommendation.

2. The defendant is in custody and agrees with the need for the advancement.

3. The parties agree to the advancement.

This is the first request for an advancement of the sentencing hearing.

DATED this 15th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NATHANIEL TOLLIVER,

    Defendant.

Case No. 2:17-cr-235-APG-GWF

ORDER

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, March 22, 2018 at 9:00 a.m., be vacated and advanced to February 21, 2018 at the hour of 2:00 p.m.

    DATED this 16th of February, 2018.

UNITED STATES DISTRICT JUDGE